# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:05-cv-1759-RPM

MILLENNIUM TELESERVICES,
A New Jersey limited liability company,

        Plaintiff,

v.

TMG MARKETING, INC., a Nebraska corporation,
and TMG MARKETING, INC., a Colorado corporation,

        Defendants.

_____

## ORDER DISMISSING CASE WITHOUT PREJUDICE
_____

        Pursuant to Fed. R. Civ. P. 41(a) and the Stipulated Notice of Dismissal Without Prejudice filed by Plaintiff Millennium Teleservices LLC and Defendant TMG Marketing, Inc., this case is hereby DISMISSED WITHOUT PREJUDICE and the case is CLOSED.

        Dated: April 1st, 2008

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge